IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

WILLIAM HAYES                                                    PLAINTIFF

    v.                        No. 05-2124

EADS BROTHERS FURNITURE COMPANY                                  DEFENDANT

### **O R D E R**

Now on this 20th day of November 2006, there comes on for consideration the report and recommendation filed herein on November 1, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 34). Defendant filed written objections to the report and recommendation.

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's Motion to Enforce the Settlement Agreement (Doc. 27) is DENIED AS MOOT, and Defendant's request for attorney's fees in connection with the motion to enforce settlement is DENIED.

IT IS SO ORDERED.

                                                /s/ Robert T. Dawson
                                                Robert T. Dawson
                                                United States District Judge